IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 2:01-20019-02-B |
| | * | |
| CHRISTOPHER BYRNE | * | |
| Defendant. | * | |

ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

On August 17, 2005, Christopher Byrne appeared before on a charge of violation of the terms and conditions of probation/supervised release in this matter. The defendant was advised of his rights under FRCrP 5 and 32.1(a)(1).

At this hearing, the defendant was released on bond. A preliminary hearing on the violation was not held.

Accordingly, defendant Christopher Byrne is held to a final revocation hearing, to be set on notice from the United States District Court and in accordance with the provisions of Rule 32.1(a)(2), Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 17th day of August, 2005.

Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 170 in case 2:01-CR-20019 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT