# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 SEP 29 PM 5: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
Plaintiff,

VS.

Case Number:  2:01CR20019-02-B

CHRISTOPHER BYRNE
Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Christopher Byrne, was represented by Steffen Schreiner, Esq.

It appearing that the defendant, who was convicted on October 11, 2002 in the above styled cause and was placed on Supervised Release for a period of three (3) years, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twenty-one (21) months. The Court recommends that the defendant be housed as close to Memphis, Tennessee, as possible.

FURTHERMORE, no further term of Supervised Release will follow said period of incarceration. Current terms and conditions of supervision will remain in effect until defendant reports for custody.

The defendant is allowed to remain released on present bond.

Signed this the 29th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 2/14/1972
U.S. Marshal No.: 15342-076
Defendant's Mailing Address: 6317 Rockledge Cove, Bartlett, TN 38135

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 175 in case 2:01-CR-20019 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT